

May 13, 2024

**Via ECF**
Honorable Vera M. Scanlon
Unites States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Albert v. United States of America*, 21 CV 4963 (HG) (VMS)

Your Honor:

I represent plaintiff in the above-referenced matter. I write with defense counsel's consent to respectfully request an extension of expert discovery.

If it should please the Court, this is plaintiff's fourth request to adjust the expert discovery schedule. As indicated in plaintiff's prior application at DE #28, a miscommunication on the part of this office caused an unintended delay in the preparation of plaintiff's initial expert report. The undersigned explained that he was liaising with plaintiff's retained expert to ascertain how quickly a report could be prepared, and plaintiff sought leave to file a further letter with a proposed revised expert discovery schedule. The Court granted DE #28 by order dated May 2, 2024. The undersigned has now had the opportunity to confer with plaintiff's expert and is informed that the report should be prepared by May 27, 2024 (Memorial Day).

Accordingly, and with defendant's consent, plaintiff respectfully proposes the following revised expert discovery schedule for the Court's review and endorsement:

| | |
|---|---|
| **Plaintiff to serve initial expert report by:** | **May 29, 2024** |
| **Defendant to serve its expert report (s) by:** | **August 30, 2024** |
| **All expert discovery, including depositions, to be completed by:** | **October 30, 2024** |

The undersigned greatly appreciates the Court's continued patience and consideration of this request.

Respectfully submitted,

Michael Gluck

cc: Defense Counsel